849 A.2d 229

**Peter James RACKLEY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 19, 2004.

## *ORDER*

PER CURIAM:

**AND NOW,** this 19th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed.